FILED

08 JAN 15 AM 7:58

CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROCIO AGUILERA, Plaintiff, vs. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Defendant. | CASE NO. 08cv67 WQH (JMA) **ORDER REFERRING CASE** |

HAYES, Judge:

All matters arising in this social security appeal are referred to the Honorable Jan M. Adler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

**IT IS SO ORDERED**.

Date: 1/14/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE