UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROCIO AGUILERA,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | Case No. 08-CV-0067-WQH (JMA)<br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff has filed a complaint in this matter seeking judicial review of the denial of her application for supplemental security income benefits. Defendant’s answer and the administrative record were filed recently. Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation/Case Management Conference is not required to be held in this case. This order sets out a briefing schedule and hearing date for cross-motions for summary judgment.

Plaintiff must file a motion for summary judgment on or before **May 15, 2008**. Defendant must file any cross-motion on or before **June 16, 2008**. Plaintiff must file any opposition to the

cross-motion by **June 30, 2008**. Defendant must file any reply brief on or before **July 7, 2008**.

The matter will be heard on **July 14, 2008** at **9:00 a.m.** Unless the Court directs otherwise in advance, this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

**IT IS SO ORDERED.**

DATED: March 19, 2008

Jan M. Adler
U.S. Magistrate Judge