# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROCIO AGUILERA,<br><br>         Plaintiff,<br> vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>         Defendant. | CASE NO. 08cv67 WQH (JMA)<br><br>ORDER |

HAYES, Judge:

  The Joint Motion for Remand pursuant to Sentence 4 of 42 U.S.C. section 405(g) (Doc. # 11) is **GRANTED.** The above-captioned action is remanded to the Social Security Administration for further proceedings.

DATED: June 23, 2008

                    *William Q. Hayes*
                  **WILLIAM Q. HAYES**
                 United States District Judge